

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2018

No. 04-18-00324-CV

**MADHAVAN A. PISHARODI, M.D., P.A.,**
Appellant

v.

**UNITED BIOLOGICS, L.L.C**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI06067
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The clerk's record was due June 19, 2018, but was not filed. On June 22, 2018, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

Accordingly, we **ORDER** appellant to provide written proof to this court on or before **July 6, 2018** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

We **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court